UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAVIER OCHOA CANALES, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 2:00-CV-396 |
| | § | |
| GARY JOHNSON, | § | |
| | § | |
| Respondent. | § | |

## ORDER STRIKING SEVENTH MOTION FOR RELIEF FROM JUDGMENT

Petitioner Javier Ochoa Canales (Canales) filed his Seventh Motion for Relief from Judgment Under Rule 60(b)(4). (D.E. 111).

This Court advised Canales by Order dated February 28, 2013, that he may not file another motion for relief from judgment without the permission of the Chief Judge of the Fifth Circuit Court of Appeals. (D.E. 108). Petitioner has not provided any indication with his current filing that he has received such permission. Accordingly, Petitioner's Seventh Motion for Relief from Judgment under Rule 60(b)(4) (D.E. 111) is stricken from the docket.

ORDERED this 25th day of July, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE